SCHROYER *v.* CHURCH.

1. APPEAL AND ERROR—EXTENSION OF TIME TO SETTLE BILL OF
   EXCEPTIONS—JURISDICTION NOT CONFERRED BY STIPULATION.
   Where appellant, during the usual 20-day stay after entry
   of judgment, did not file the stenographer's certificate
   and secure a further stay, the court, after expiration
   of said period, had no jurisdiction to enter an order
   settling the bill of exceptions, notwithstanding the parties
   stipulated that such order might be made.[1]

2. COSTS—PARTY MISLED BY STIPULATION AWARDED COSTS.
   Where appellee stipulated with appellant for extension
   of time in which to settle the bill of exceptions, and ap-
   pellant by reason thereof incurred expense, the Supreme
   Court, on granting appellee's motion to dismiss the writ
   of error for want of jurisdiction, will award costs of this
   court to appellant.[2]

Error to Montcalm; Hawley (Royal A.), J.    Sub-
mitted October 14, 1925.    (Docket No. 68.)    Decided
December 22, 1925.

Assumpsit by Della E. Schroyer against Frank P.
Church for breach of a contract of sale.    Judgment
for plaintiff.    Defendant brings error.    Dismissed.

*Frank A. Miller* (*Griswold & Ganton,* of counsel),
for appellant.

*D. Hale Brake,* for appellee.

McDONALD, C. J.    In an action for breach of con-
tract the plaintiff recovered a verdict and judgment
against the defendant for $716.25, in the circuit court
for Montcalm county.    Desiring to have the judg-
ment reviewed by this court, the defendant took the

---

[1]Appeal and Error, 4 C. J. §§ 1892, 1899; [2]Costs, 15 C. J. §
636 (Anno).

usual stay of 20 days, but did not during that period file the stenographer's certificate and secure a further stay of time in which to prepare and settle a bill of exceptions.    After the 20-day period had expired the court had no jurisdiction to settle the bill of exceptions or to grant further time therefor, though the parties stipulated that such an order might be made.    *Walker* v. *Wayne Circuit Judge*, 226 Mich. 393.    When the briefs and record had been printed and filed in this court, plaintiff moved to dismiss.    The motion must prevail.    We have no jurisdiction of the cause.

The writ of error is dismissed and the bill of exceptions stricken from the files.    Under the circumstances the defendant will have his costs in this court.

CLARK, BIRD, SHARPE, MOORE, STEERE, FELLOWS, and WIEST, JJ., concurred.